No. 14,556.

TAYLOR *v.* BOARD OF CONTROL OF THE STATE INDUSTRIAL
SCHOOL ET AL.
(94 P. [2d] 184)

Decided November 13, 1939.   Rehearing denied December 4, 1939.

Mr. A. R. MORRISON, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. LUKE
J. KAVANAUGH, Deputy, Mr. CECIL E. SYDNER, First As-
sistant, for defendants in error.

PER CURIAM.   ·

Mr. Justice Burke not participating. Mr. Justice Fran-
cis E. Bouck, Mr. Justice Bakke and Mr. Justice Otto
Bock are in favor of affirmance, whereas Mr. Chief Jus-
tice Hilliard, Mr. Justice Young and Mr. Justice Knous
are in favor of reversal. The court being equally divided
in opinion, the judgment stands affirmed by operation
of law as provided by section 439 of the Code of Civil
Procedure.